# TERRENCE P. BUCKLEY
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

April 20, 2018

Hon. Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-4438

*Original Electronically Filed*

      Re:    **United States of America v. Hema Patel**
              <u>**Criminal Docket No.: 16-CR-584(DRH)**</u>

Dear Judge Hurley:

      Kindly approve payment for the attached invoice in the above mentioned matter.

                                        Very truly yours,

                                        Terrence P. Buckley, Esq.

TPB/ci
enclosure

From: Rosa_Olivera <Rosa_Olivera@nyed.uscourts.gov>
To: terrencepbuckley <terrencepbuckley@aol.com>
Cc: Lisa_Lundy <Lisa_Lundy@nyed.uscourts.gov>; Delia_Rivera <Delia_Rivera@nyed.uscourts.gov>
Subject: Letter requesting authorization for the payment of M. Chagani
Date: Thu, Apr 12, 2018 10:40 am

Hi Mr. Buckley,

Ms Chagani did a translation job on behalf of your client, at your request, some months ago. In order for us to process her e Voucher for compensation with CJA - 21 funds it's necessary that we have the Judge's approval. It is therefore necessary for you, as Defense counsel, to request that the Judge authorize this payment. Ideally, this request should have been made ( and authorization secured ) in advance of the completion of the assignment, but clearly this was not done. Nonetheless, our office cannot move forward with the processing of the e Voucher until (unless) we have the Judge's authorization.

I realize that Ms Chagani has submitted her invoice to you already, but just to be sure we're on the "same page" in this regard, I will repeat the amounts which the interpreter is claiming.

Translation of indictment :   2,610  words  @         .98 per word   $ 2557.80

Translation of Plea letter :   2846  words  @         .98 per word   $ 2789.08

Total amount of words :    5456          Total amount claimed         $ 5346.88

Please do your best to submit this request to the Court as soon as possible so that we can resolve this matter on behalf of Ms Chagani. If there's anything our office can do to expedite the process, or if you need anything further from us, we are at your service.

thank you,

Rosa Olivera

# Fwd: Re: Hema Patel Invoice

kchagani001 [kchagani001@gmail.com]
Sent: Wednesday, March 28, 2018 4:23 PM
To: Khudaija Chagani

Sent from my Sprint Samsung Galaxy S® 6.

-------- Original message --------
From: mnchagani@optonline.net
Date: 3/28/18 3:39 PM (GMT-05:00)
To: kchagani001 <kchagani001@gmail.com>
Subject: Fwd: Re: Hema Patel Invoice

Can u print this plz need for tomorrow
If you get chance
Thanks!

Sent from myMail for iOS

-------- Forwarded message --------
From: <mnchagani@optonline.net>
To: terrencepbuckley <terrencepbuckley@aol.com>
Date: Wednesday, March 28, 2018, 3:38 PM -0400
Subject: Re: Hema Patel Invoice

Good afternoon Mr. Buckley

Thank you for speaking with me. As you know I did translation for your client from English to Gujarati upon your request I have sent you my invoice a long time ago and have been waiting for you to get it approved by Judge Hurley. I believe I explained you that anything over $800 must be so ordered by the judge for me to get paid I need to be paid I'm waiting since August.

Please find below a second copy kindly have the judge approve this so I can get paid. It has already been viewed by my chief interpreter Ms. Rosa Oliveri.

The rate is @ .98cents a word we have total number of words as :

Indictment : 2,610 @.98 = 2,557.80

Agreement: 2846 @.98 = 2,789.08

The total number of words : 5,456

Total payment due : 5,346.88

Please have the judge so order at your earliest it's been 8 months.

Thank You

Court Gujarati Interpreter
Masuma Chagani.

Sent from myMail for iOS