# TERRENCE P. BUCKLEY
Attorney At Law
356 Veterans Memorial Highway
Suite 3
Commack, New York 11725
(631) 543-3030 • Facsimile (631) 543-2888

April 15, 2019

Hon. Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-4438

*Original Electronically Filed*

    **Re:    United States of America v. Hema Patel**
           <u>**Criminal Docket No.: 16-CR-584(DRH)**</u>

Dear Judge Hurley:

    This is to join in the recommendation of U.S. Probation that my client be sentenced to 36 months custody (mandatory minimum), since her advisory guideline range of 27 to 33 months is below the mandatory minimum.

                                   Very truly yours,

                                   Terrence P. Buckley, Esq.

TPB/ci