

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:LDM:MMO
F# 2015R01296

*610 Federal Plaza*
*Central Islip, New York 11722*

September 27, 2019

<u>By ECF</u>

The Honorable Denis R. Hurley
United States District Judge
Eastern District of New York
100 Federal Plaza
Brooklyn, New York 11201

   Re: United States v. Hema Patel
     <u>Criminal Docket No. 16-584 (Hurley, J.)</u>

Dear Judge Hurley:

  Enclosed please find a proposed Partial Final Order of Forfeiture (the "Final Order") in the above-captioned case. The government respectfully requests that the Court "so order" the Final Order in accordance with Fed. R. Crim. P. 32.2(c)(2).

  Thank you for Your Honor's consideration of this request.

           Respectfully submitted,

           RICHARD P. DONOGHUE
           United States Attorney
           Eastern District of New York

       By: /s/ Robert Schumacher
           Robert Schumacher
           Assistant U.S. Attorney
           (631) 715-7871

Enclosure: Final Order of Forfeiture
cc: Counsel of Record (by ECF)